Scott A. Flinders (6975)
HUTCHISON & STEFFEN, PLLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145
Telephone: 702-385-2500
Facsimile: 702-385-2086
sflinders@hutchlegal.com

*Attorneys for Defendant*
*American Family Insurance Company*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

NATHAN WOOD as natural father of ETHYN WOOD, a minor child,

Plaintiff,

vs.

AMERICAN FAMILY INSURANCE COMPANY; a foreign corporation; and DOES I-V,

Defendants.

CASE NO.: 3:20-cv-00112-MMD-CLB

**STIPULATION AND ORDER OF DISMISSAL**

Plaintiff Nathan Wood as natural father of Ethyn Wood and Defendant American Family Insurance Company, by and through their counsel of record, hereby stipulate under FRCP 41(a)(1)(A)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing its own attorney's fees and costs.

Dated this 3 day of April, 2020.

KILPATRICK BULLENTINI

_____
Adam L. Woodrum, ESQ. (10284)
412 North Division Street
Carson City, Nevada 89703
*Attorney for Plaintiff*

Dated this 31 day of March 2020.

HUTCHISON & STEFFEN, PLLC

_____
SCOTT A. FLINDERS, ESQ. (6975)
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145
*Attorney for Defendant*

## ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under FRCP 41(a)(1)(A)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing its own attorney's fees and costs. The Clerk is directed to close the file.

Dated: April 6, 2020

_____
UNITED STATES DISTRICT JUDGE